David C. Groff
Marisa M. Bavand
Linda Y. Chu
GROFF MURPHY TRACHTENBERG
& EVERARD, PLLC
300 E. Pine Street
Seattle, WA 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

Attorneys for Defendant
Bechtel Hanford, Inc.

The Honorable Robert Whaley

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

THE UNITED STATES OF
AMERICA, For the Use and Benefit
of CONTRACTORS EQUIPMENT
MAINTENANCE COMPANY, INC.,
a Washington corporation,

Plaintiff,

v.

BECHTEL HANFORD, INC., a
corporation; P.W. STEPHENS
CONTRACTORS, INC., a Missouri
corporation; ACSTAR Insurance
Company, a foreign corporation,

Defendants.

No. CV-02-5006-RHW

MEMORANDUM IN SUPPORT OF
BHI'S MOTION FOR ORDER
SETTING HEARING DATE AND
FOR JUDGMENT

## I.   INTRODUCTION

Judgment in favor of Bechtel Hanford, Inc. ("BHI") against ACSTAR Insurance

Company ("ACSTAR") and P.W. Stephens Contractors, Inc. ("P.W. Stephens") was

**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10445 0008 jb073407

entered by this Court on March 23, 2004. Under the Judgment, ACSTAR and P.W. Stephens are liable to BHI in the principal sum of $282,611.00, plus fees, costs and pre-judgment interest. On appeal, the Ninth Circuit Court of Appeals affirmed the Judgment principal sum of $282,611.00 against ACSTAR and P.W. Stephens. The Ninth Circuit Court of Appeals also affirmed this Court's award of fees, costs and prejudgment interest against P.W. Stephens, but reversed the award of fees, contractual costs, expenses and prejudgment interest as to ACSTAR. However, the Ninth Circuit of Appeals held that BHI, as the prevailing party, is entitled to recover costs from ACSTAR under Fed. R. Civ. P. 54(d).

To date, neither ACSTAR nor P.W. Stephens has made any payment to satisfy the Judgment. Consequently, pursuant to Fed. R. Civ. P. 65.1, BHI hereby moves the Court for judgment against United Coastal Insurance Company ("UCIC"), surety on the Supersedeas Bond for Appeal, in the sum of $727,818.95, plus $22.99 per diem after March 23, 2006.

## II.    STATEMENT OF FACTS

**A.    Judgment of the District Court and Supersedeas Bond on Appeal.**

On March 23, 2004, this Court entered a Judgment for BHI against P.W. Stephens and ACSTAR, as P.W. Stephens' surety. Pursuant to the Judgment, ACSTAR and P.W. Stephens are liable to BHI in the principal amount of $282,611.00, plus fees, costs and prejudgment interest. *See* Judgment, entered on March 23, 2004. The amount of fees, costs and prejudgment interest awarded totaled $131,873.44. *Id.*

Subsequently, on or around April 21, 2004, ACSTAR and P.W. Stephens filed a Notice of Appeal. In connection with the appeal, ACSTAR also filed a Notice of Filing

MEMORANDUM IN SUPPORT OF BHI'S MOTION
FOR ORDER SETTING HEARING DATE AND FOR
JUDGMENT – Page 2


**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10445 0008 jb073407

Undertaking to Stay Enforcement of Money Judgment Pending Appeal ("Notice of Filing Undertaking"), which provides in relevant part:

> Please take notice that pursuant to Fed. R. Civ. Pro. 62(d) and Fed. R. of App. Pro. 7 an undertaking is being filed on behalf of Defendant Acstar Insurance Co. ... **to stay the money Judgment for Bechtel Hanford, Inc. against P.W. Stephens Contractors, Acstar Insurance Co.** and Contractor's Equipment Maintenance Co. entered by the Court on May [sic] 23, 2004. The undertaking is given by an admitted surety, and has heretofore been filed with the Court.

*See* Notice of Filing Undertaking, filed on June 9, 2004. Thus, pursuant to the Notice of Filing Undertaking, ACSTAR posted a Supersedeas bond on behalf of itself and P.W. Stephens to stay the enforcement of Judgment against them both. *Id.*

A copy of the Supersedeas Bond on Appeal, bond no. A1391 was attached as Exhibit 1 to the Notice of Filing Undertaking. *See* Notice of Filing Undertaking. Named as the surety for the Supersedeas Bond was United Coastal Insurance Company ("UCIC"), and the amount of the Bond is in the sum of $1,066,497.65. *Id.*

**B.    Result of the Appeal.**

On Appeal, the Ninth Circuit Court of Appeal affirmed this Court's Judgment for BHI against P.W. Stephens and ACSTAR in the principal amount of $282,611.00. The Ninth Circuit also affirmed this Court's award of fees, costs and prejudgment interest against P.W. Stephens pursuant to the BHI-PWS Contract. The Ninth Circuit, however, reversed this Court's award of fees, costs and prejudgment interest as to ACSTAR, but ruled that as the prevailing party, BHI is still entitled to recover costs from ACSTAR under Fed. R. Civ. P. 54(d). The costs to which BHI is entitled to recover from ACSTAR are set forth in the accompanying Bill of Costs, and the supporting documents


**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10445 0008 jb073407

are attached as Exhibits A and B to the Declaration of Marisa M. Bavand, filed on January 30, 2004. In addition, for the Court's convenience, the accompanying Declaration of Marisa M. Bavand ("Bavand Decl.") also provides a summary of the costs that are relevant to the Bill of Costs. In total, the sum of the costs to which BHI is entitled to recover from ACSTAR under Fed. R. Civ. P. 54(d) is $16,239.56. Hence, providing that ACSTAR pays the $16,239.56 in costs pursuant to Fed. R. Civ. P 54(d), the amount of remaining contractual costs, fees and pre-judgment interest to which BHI is entitled to recover from P.W. Stephens is then reduced from $131,873.44 to $115,663.88.

## C. Refusal of ACSTAR and P.W. Stephens to Satisfy the Judgment.

To date, neither ACSTAR nor P.W. Stephens has made any payment to satisfy the March 23, 2005 Judgment. *See* Bavand Decl. at ¶ 4. BHI therefore seeks to recover its damages against UCIC, the surety for the Supersedeas Bond on Appeal. The amount of the damages BHI seeks to recover is detailed as follows:

| For Undertaking Liability of ACSTAR Insurance Company: | |
|---|---|
| Principal | $ 282,611.00 |
| Cost Pursuant to Rule 54(d) | $16,239.56 |
| Post Judgment Interest at 1.18% or $9.66 per diem Pursuant to 28 U.S.C. §1961 from March 23, 2004 to March 23, 2006 | $7,052.87 |
| Total as of March 23, 2006 | $305,903.43 |

**GROFF MURPHY**
**TRACHTENBERG &**
**EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

| For Undertaking Liability of P.W. Stephens Contractors, Inc.: | |
|---|---|
| Contractual Attorney's fees | $296,554.00 |
| Contractual Costs and Expenses | $19,604.53 |
| Contractual Pre-Judgment Interest | $95,989.35 |
| Post Judgment Interest at 1.18% or $13.33 per diem Pursuant to 28 U.S.C. §1961 from March 23, 2004 to March 23, 2006 | $9,727.63 |
| Total as of March 23, 2006 | $421,915.51 |

In summary, as of March 23, 2006, the liability of UCIC is $727,818.95. Thereafter, post judgment interest is accruing at $22.99 per diem.

### III.   ISSUES

Should the Court grant the motion of BHI pursuant to Rule 65.1 and enter a judgment against UCIC?

### IV.   AUTHORITY

Fed. R. Civ. P. 65.1 provides in relevant part:

> Whenever these rules … require or permit the giving of security by a party, and security is given in the form of a bond … or other undertaking with one or more sureties, each surety submits to the jurisdiction of the court and irrevocably appoints the clerk of the court as the surety's agent upon whom any papers affecting the surety's liability on the bond or undertaking may be served. The surety's liability may be enforced on motion without the necessity of an independent action. The motion and such notice of the motion as the court prescribes may be served on the clerk of the court, who shall forthwith mail copies to the sureties if their addresses are known.

Under the rule, the Court has the authority to grant the request of BHI and enter a judgment against UCIC in the sum of $727,818.95 for Judgment principal,



**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10445 0008 jb073407

1    fees, costs, prejudgment interest and post-judgment interest as of March 23, 2006.

2    Post-judgment interest after March 23, 2006 will accrue at $22.99 per diem.

### V. CONCLUSION

4       For the foregoing reasons, BHI respectfully requests that the Court grant

BHI's Motion for Judgment.

Dated this 7th day of February, 2006.

Respectfully submitted,

GROFF MURPHY TRACHTENBERG
& EVERARD PLLC

David C. Groff, WSBA #04706
Marisa M. Bavand, WSBA #27929

*Attorneys for Defendant Bechtel
Hanford, Inc.*

**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10445 0008 jb073407