UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of CONTRACTORS EQUIPMENT MAINTENANCE COMPANY, INC., a Washington corporation,<br><br>           Plaintiff(s),<br><br>vs.<br><br>BECHTEL HANFORD, INC., a corporation; CONTRACTORS, INC., a Missouri corporation; ACSTAR INSURANCE COMPANY, a foreign corporation,<br><br>           Defendant(s). | No.    CV-02-5006-RHW<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Bechtel Hanford, Inc. is entitled to recover from UCIC the sum of $727,818.95, plus $22.99 per diem after March 23, 2006. After payment of said judgment, UCIC is discharged from all liability on the Bond. Judgment is entered in favor of Defendant Bechtel Hanford, Inc.


DATED: March 20, 2006        JAMES R. LARSEN, CLERK


                              by    s/Linda Emerson
                                    Linda Emerson, Deputy Clerk