# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA, For the Use and Benefit of CONTRACTORS EQUIPMENT MAINTENANCE COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL HANFORD, INC., a corporation; P.W. STEPHENS CONTRACTORS, INC., a Missouri corporation; ACSTAR INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | NO. CV-02-5006-RHW<br><br>**ORDER TO ENTER JUDGMENT** |

The Court previously entered an Order Giving Notice of Entry of Judgment, allowing the parties until April 17, 2009, to file any objections to the entry of judgment in favor of United Coastal Insurance Company and the closing of this file (Ct. Rec. 363). Having reviewed the file and finding no objections, **IT IS HEREBY ORDERED:**

The District Court Executive is directed to enter judgment in favor of United Coastal Insurance Company and against Bechtel Hanford, Inc., *nunc pro tunc* to April 18, 2009, and close the file.

///

///

///

**ORDER TO ENTER JUDGMENT** \* 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter
2  this order and to furnish copies to counsel.
3  **DATED** this 3rd day of September, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Senior United States District Judge

Q:\CIVIL\2002\Bechtel\BHI.UCIC.enter.judgment.ord.wpd

**ORDER TO ENTER JUDGMENT** * 2