AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

THE UNITED STATES OF AMERICA,
For the Use and Benefit of CONTRACTORS
EQUIPMENT MAINTENANCE COMPANY,
INC., a Washington corporation,

v.

BECHTEL HANFORD, INC., a corporation;
P.W. STEPHENS CONTRACTORS, INC.,
a Missouri corporation; ACSTAR INSURANCE
COMPANY, a foreign corporation,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-02-5006-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of United Coastal Insurance Company against Bechtel Hanford, Inc, nunc pro tunc to April 18, 2009.

September 3, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters